KEISTER *v.* HOWE and Wife.

A husband who comes into possession of money held by his wife in trust, whether as her administrator, or otherwise, is held as a trustee, and may be compelled, in chancery, to account for it.

APPEAL from the *Union* Circuit Court.

SMITH, J.—We think it is sufficiently established by the evidence in this case, that the money in controversy was in the possession of *Maria*, the widow of *William Taylor*, before her marriage with *Keister*, and was held by her in trust for the use of her daughter, who was the sole heir of her first husband. This is proved by the deposition of Mrs. *Ely*, who testified that the money was the produce of certain notes and bonds, placed in the hands of the witness by Mrs. *Taylor* some months before her marriage with *Keister*; and the statements made by Mrs. *Taylor* to the witness, at the time the deposit was made, and to other witnesses, at different times before her second marriage, that those notes and bonds belonged to her daugh-

ter, and had been received for that portion of the estate of the said *William Taylor*, to which the daughter was entitled.

Such being the case, if *Keister* had come into possession of the money, either as administrator of his deceased wife, or otherwise, he also would have held it as a trustee only, and could have been compelled to account for it by a bill in chancery. *Smith* v. *Calloway,* 7 Blackf. 86. The decree is, therefore, right.

*Per Curiam.*—The decree is affirmed, with costs.

*J. Perry* and *J. Yaryan,* for the appellant.

*J. S. Reid* and *J. S. Newman,* for the appellees.